FILED
11/01/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Anthony Wilson 36704-044
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN. 47808

United States District Court
921 Ohio Street
Terre Haute, IN 47807

## Motion For Jail Credit
## In Accordance With Form 2241

I was in Federal Custody [Official detention] from October 17, 2017 until July 19, 2019. Thereafter, I was in Federal Custody [exclusive detention] on house arrest/home detention from July 2019 until March 2021 wherein I self surrendered after being sentenced to 30 months. Once I arrived to Terre Haute I brought this to BOP attention to no avail and was only given 6 months credit for my official detention; I filed the necessary administrative remedy, which was violated and responded to far outside the procedural response time. Considering the date of the indictment in official detention and the time I self surrendered until the date of this motion, I have served the entire sentence respectively, beyond the 85%. I seek immediate release with all my jail credit served in official detention.

Respectfully Submitted,

Anthony Wilson

IN THE event THAT THE Foregoing is Not Accepted As Filed, please provide THE Necessary FORM(S) AND INSTRUCTION IN ORDER TO HAVE THE Foregoing Accepted AND Addressed where I Have Already exhausted All Administrative Remedies At the institutional Level. (MAY Need 2241 w/ Local Court Rules)

*Anthony Stilson*

In Accordance with 28 U.S.C. §1746
The Above is True AND Correct Under penalty of perjury