UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ANTHONY WILSON, | ) |
|         Petitioner, | ) |
|         v. | ) No. 2:21-cv-00410-JRS-DLP |
| WARDEN, | ) |
|         Respondent. | ) |

**FINAL JUDGMENT**

The Court has ordered that this action be **dismissed without prejudice**. The Court now enters **FINAL JUDGMENT**.

Date: 12/6/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
    Deputy Clerk, U.S. District Court

Distribution:

ANTHONY WILSON
36711-044
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jeffrey.preston@usdoj.gov